UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
COSME-SILVA FROILAN,         )
                             )
        Petitioner,          )
                             )
    v.                       )    Case No. 05-1075
                             )
UNITED STATES,               )
                             )
        Respondent.          )
```

## **O R D E R**

Before the Court is Cosme-Silva Froilan's Application to Proceed In Forma Pauperis and Supporting Documentation [Doc. # 1]. According to Froilan's trust fund ledger, as of March 2, 2005, he had a $22.85 balance in his account. The Court finds Froilan has adequate funds to pay the nominal $5.00 filing fee. Thus, his Application is DENIED. Froilan has 30 days to pay the required fee or the case will be dismissed.

ENTERED this  11th  day of March, 2005.

                                s/ Joe B. McDade
                              JOE BILLY McDADE
                          United States District Judge