E-FILED
Friday, 11 March, 2005  04:05:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COSME-SILVA FROILAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 05-1075 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is Cosme-Silva Froilan's Application to Proceed In Forma Pauperis and Supporting Documentation [Doc. # 1]. According to Froilan's trust fund ledger, as of March 2, 2005, he had a $22.85 balance in his account. The Court finds Froilan has adequate funds to pay the nominal $5.00 filing fee. Thus, his Application is DENIED. Froilan has 30 days to pay the required fee or the case will be dismissed.

ENTERED this  11th  day of March, 2005.

                              s/ Joe B. McDade
                              JOE BILLY McDADE
                              United States District Judge