**E-FILED**
Thursday, 24 March, 2005  12:15:12 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COSME-SILVA FROILAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 05-1075 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>O R D E R</u>

The matter presently before the Court is Cosme-Silva Froilan's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241.  The Court has considered the grounds set forth in the petition and has decided that there could be merit to Petitioner's claims. Accordingly, the Court orders Respondent to file an answer or responsive pleading within sixty (60) days after service of this Order.

IT IS THEREFORE ORDERED that the Clerk serve a copy of the petition by certified mail upon Respondent.

IT IS FURTHER ORDERED that Petitioner shall serve upon the United States Attorney's office a copy of every further pleading or other document submitted for consideration by the Court.

ENTERED this   24th   day of March, 2005.


                              s/ Joe B. McDade
                       _____
                              JOE BILLY McDADE
                       Chief United States District Judge