UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
AT PEORIA

| | |
|---|---|
| COSME-SILVA FROILAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 05-1075 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**APPENDIX OF RESPONDENT**

JAN PAUL MILLER  
UNITED STATES ATTORNEY

Bradley W. Murphy  
Assistant United States Attorney

Office of the United States Attorney  
211 Fulton Street, Suite 400  
Peoria, Illinois 61602  
Telephone: 309/671-7050

# APPENDIX

| Description | Page |
|---|---|
| Inmate Information, 3 pages, | 1 |
| Inmate Data, 3 pages | 4 |
| Release Notification, 1 page | 7 |

```
REGNO: 01320-131                              FUNCTION: DIS  DOB/AGE.: 10-05-1962 / 42
NAME.: COSME-SILVA, FROILAN                              R/S/ETH.: B/M/H
RSP..: PEK-PEKIN FCI                                     MILEAGE.: 282 MILES
PHONE: 309-346-8588        FAX: 309-477-4685
ARS ASSIGNMENT..: INS DETAINEE REMOVED                   FBI NO..: 861610DA4
ARS DATE/TIME...: 04-19-2005/1153                        INS NO..: 23223143
 PROJ REL METHOD: UNKNOWN                                SSN.....: 498982458
 PROJ REL DATE..: UNKNOWN           PSYCH: NO            DETAINER: YES         CMC..: NO
        - - - - - - - - -  RELEASE DESTINATION  - - - - - - - -
        AGENCY...............:
        DST ASSIGNMENT.......:
        ADDRESS..............: 1930 BEACH
                               BROADVIEW, ILLINOIS 60153
OFFN/CHG RMKS: LONG TERM DETAINEE/MARIEL CUBAN


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO: 01320-131                            FUNCTION: DIS  DOB/AGE.: 10-05-1962 / 42
NAME.: COSME-SILVA, FROILAN                             R/S/ETH.: B/M/H
RSP..: PEK-PEKIN FCI                                    MILEAGE.: 282 MILES
PHONE: 309-346-8588         FAX: 309-477-4685
   FACL CATEGORY     - - - - - CURRENT ASSIGNMENT - - - - - -   EFF DATE   TIME
   PEK  ADM-REL      INS REMOVE INS DETAINEE REMOVED            04-19-2005 1153
   PEK  CARE LEVEL   CARE3      UNSTABLE, COMPLEX CHRONIC CARE  01-31-2005 0851
   PEK  CASE MGT     CRP RV DT  CUBAN REVIEW PANEL HRNG DUE DT  10-04-2005 1421
   PEK  CASE MGT     INS PAR DN INS PAROLE DENIED               10-04-2004 1420
   PEK  CASE MGT     MARIEL     MARIEL CUBAN                    12-09-1991 1248
   PEK  CASE MGT     PROG RPT   NEXT PROGRESS REPORT DUE DATE   03-17-2007 1335
   PEK  CASE MGT     RPP INELIG RELEASE PREP PGM INELIGIBLE     04-07-2004 1342
   PEK  CASE MGT     V94 COA913 V94 CURR OTHER ON/AFTER 91394   10-17-2004 0915
   PEK  EDUCATION    GED SPAN 1 SPANISH GED 12:30-2:30 M-F FCI  11-01-2004 0001
   PEK  EDUCATION    NA 25      NARCOTICS ANONOYMOUS 25 HOURS   04-13-2004 1119
   PEK  EDUC INFO    ESL HAS    ENGLISH PROFICIENT              10-01-2004 0001
   PEK  EDUC INFO    GED EN     ENROLL GED NON-PROMOTABLE       03-23-2004 0001
   PEK  EDUC INFO    GED SAT    GED PROGRESS SATISFACTORY       05-28-2004 0001
   PEK  FIN RESP     NO OBLG    FINANC RESP-NO OBLIGATION       06-16-1992 2003

G0002          MORE PAGES TO FOLLOW . . .
```

```
                         01320-131           REG
REGNO: 01320-131                      FUNCTION: DIS  DOB/AGE.: 10-05-1962 / 42
NAME.: COSME-SILVA, FROILAN                         R/S/ETH.: B/M/H
RSP..: PEK-PEKIN FCI                                MILEAGE.: 282 MILES
PHONE: 309-346-8588            FAX: 309-477-4685
   FACL CATEGORY     - - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME
   PEK  LEVEL        MEDIUM    SECURITY CLASSIFICATION MEDIUM  08-13-1992 0958
   PEK  MED DY ST    LOWER BUNK LOWER BUNK REQUIRED             03-24-2004 0001
   PEK  MED DY ST    NO F/S    NO FOOD SERVICE WORK            03-24-2004 0001
   PEK  MED DY ST    REG DUTY W REGULAR DUTY W/MED RESTRICTION 03-24-2004 0001
   PEK  MED DY ST    WGT 25 LB WEIGHT-NO LIFTING OVER 25 LBS   03-24-2004 0001
   PEK  RELIGION     CATHOLIC  CATHOLIC                        09-09-1992 0818


G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
REGNO..: 01320-131 NAME: COSME-SILVA, FROILAN
COMP NO: ALL       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: PEK / INS DETAINEE REMOVED
                   PHONE..: 309-346-8588   FAX: 309-477-4685
                                           RACE/SEX...: BLACK / MALE
FBI NUMBER.: 861610DA4                     DOB/AGE....: 10-05-1962 / 42
ACTUAL RELEASE METH.: UNKNOWN
ACTUAL RELEASE DATE.: UNKNOWN
------------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
PEK    INS REMOVE INS DETAINEE REMOVED         04-19-2005 1153 CURRENT
PEK    A-INS      IMMIGRATION NAT SERV DETAINEE 01-06-2005 0822 04-19-2005 1153
PEK    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 01-06-2005 0821 01-06-2005 0822
PEK    A-INS      IMMIGRATION NAT SERV DETAINEE 12-29-2004 0848 01-06-2005 0821
PEK    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 12-29-2004 0847 12-29-2004 0848
PEK    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-27-2004 1427 12-29-2004 0847
PEK    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 12-27-2004 1241 12-27-2004 1427
PEK    A-INS      IMMIGRATION NAT SERV DETAINEE 03-17-2004 1533 12-27-2004 1241

G0002       MORE PAGES TO FOLLOW . . .
```

004

```
REGNO..: 01320-131 NAME: COSME-SILVA, FROILAN
COMP NO: ALL         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: PEK / INS DETAINEE REMOVED
                     PHONE..: 309-346-8588   FAX: 309-477-4685
PEK    ADM CHANGE  RELEASE FOR ADMISSION CHANGE   03-17-2004 1532 03-17-2004 1533
PEK    A-DES       DESIGNATED, AT ASSIGNED FACIL  03-17-2004 1224 03-17-2004 1532
O-G    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-17-2004 1324 03-17-2004 1324
O-G    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-10-2004 1424 03-17-2004 1324
BOP    ADMIN REL   ADMINISTRATIVE RELEASE         03-10-2004 1424 03-10-2004 1424
BOP    A-INS       IMMIGRATION NAT SERV DETAINEE  03-10-2004 1410 03-10-2004 1424
RBK    INS REMOVE  INS DETAINEE REMOVED           10-05-1993 0950 03-10-2004 1410
RBK    A-INS       IMMIGRATION NAT SERV DETAINEE  02-19-1993 0920 10-05-1993 0950
RBK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  02-19-1993 0702 02-19-1993 0920
RBK    A-INS       IMMIGRATION NAT SERV DETAINEE  01-19-1993 1517 02-19-1993 0702
4-K    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-19-1993 1517 01-19-1993 1517
4-K    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-19-1993 1515 01-19-1993 1517
RBK    ADMIN REL   ADMINISTRATIVE RELEASE         01-19-1993 1515 01-19-1993 1515


G0002         MORE PAGES TO FOLLOW . . .
```

1:05-cv-01075-JBM    # 6-2    Page 8 of 9

```
REGNO..: 01320-131 NAME: COSME-SILVA, FROILAN
COMP NO: ALL       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: PEK / INS DETAINEE REMOVED
                   PHONE..: 309-346-8588   FAX: 309-477-4685




S0057        INMATE HAS NO CURRENT OR PRIOR SENTENCE DATA
```

Office of Detention and Removal Operations
U.S. Department of Homeland Security
801 I Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

Froilan COSME-Silva
C/O DHS/ICE
Chicago Field Office

A23 223 143

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. **Among other conditions will be the requirement that you report weekly to ICE until your removal is effected.** A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____    4/11/05
Signature of HQPDU Director/Designated Representative    Date

(rev. 1/26/05)

007