E-FILED
Thursday, 28 April, 2005  11:59:23 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COSME-SILVA FROILAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 05-1075 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### **O R D E R**

Before the Court is Cosme-Silva Froilan's (Froilan's) Petition Pursuant to 28 U.S.C. § 2241 [Doc. # 3] wherein he requests release from federal custody.  Petitioner was released from custody on April 19, 2005.  Accordingly, his Petition is now moot.

IT IS THEREFORE ORDERED that Froilan's Petition Pursuant to 28 U.S.C. § 2241 [Doc. # 3] is DENIED as Moot.

CASE TERMINATED.

Entered this __28th__ day of April, 2005.


                                    s/ Joe B. McDade
                                    JOE BILLY McDADE
                                United States District Judge