## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

**JUDGMENT IN A CIVIL CASE**

FILED
APR 2 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Cosme-Silva Froilan**

vs.                                             Case Number:   **05-1075**

**United States of America**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Petitioner's Petition pursuant to 28 U.S.C. § 2241 is denied as moot.

ENTER this 28th day of April, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Douglas
BY:  DEPUTY CLERK