05-1075

FILED
MAY - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

Cosme-Silva  Froilan 01320-131
PEKIN
PO Box 5000
Pekin, IL 61555

------------------------------------------------------------

AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Friday, 29 April, 2005 08:44:35 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
APR 2 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Cosme-Silva Froilan**

vs.                                     Case Number: 05-1075

**United States of America**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition pursuant to 28 U.S.C. § 2241 is denied as moot.

ENTER this 28th day of April, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Douglas
BY: DEPUTY CLERK

E-FILED
Thursday, 28 April, 2005  11:59:23 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

COSME-SILVA FROILAN,              )
                                  )
        Petitioner,               )
                                  )
    v.                            )    Case No. 05-1075
                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Respondent.               )

## ORDER

Before the Court is Cosme-Silva Froilan's (Froilan's) Petition Pursuant to 28 U.S.C. § 2241 [Doc. # 3] wherein he requests release from federal custody. Petitioner was released from custody on April 19, 2005. Accordingly, his Petition is now moot.

IT IS THEREFORE ORDERED that Froilan's Petition Pursuant to 28 U.S.C. § 2241 [Doc. # 3] is DENIED as Moot.

CASE TERMINATED.

Entered this __28th__ day of April, 2005.

                            s/ Joe B. McDade
                            JOE BILLY McDADE
                        United States District Judge